IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUE MARCELLA HAMBY,

    Petitioner,             No. CIV S-97-0164 LKK DAD P

    vs.

TINA FARMON,

    Respondent.
_____/

ROBERT M. FENENBOCK,

    Petitioner,             No. CIV S-97-1731 LKK DAD P

    vs.

DIRECTOR OF DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.
_____/

CHERRI LYNN FRAZIER,

    Petitioner,             No. CIV S-97-2196 LKK DAD P

    vs.

TINA FARMON,

    Respondent.
_____/

1

| | | |
|---|---|---|
| 1 | ROBERT LOREN BOND, | |
| 2 | Petitioner, | No. CIV S-99-2150 LKK DAD P |
| 3 | vs. | |
| 4 | RICHARD A. RIMMER, et al., | |
| 5 | Respondents. | |
| 6 | _____/ | |
| 7 | BERNARD LEROY MACCARLIE, | |
| 8 | Petitioner, | No. CIV S-00-1830 LKK DAD P |
| 9 | vs. | |
| 10 | GAIL LEWIS, et al., | |
| 11 | Respondents. | ORDER |
| 12 | _____/ | |

By order filed June 10, 2005, counsel were informed that the court had received and reviewed personnel records pertaining to Dan Kartchner. The undersigned ruled that the Trinity County Sheriff's Department will not be required to provide petitioners with any documents contained in the personnel records. IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall mail the personnel file for Dan Kartchner, together with a copy of this order, to Trinity County Personnel using the mailing label provided by county counsel; and

2. The Clerk of the Court shall serve a copy of this order and a copy of the court's June 10, 2005 order on Jeanette Palla, County Counsel, at Office of the County Counsel, P.O. Box 1428, Weaverville, CA 96093-1428.

DATED: July 5, 2005.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
hamby5.dankpersfile