IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUE MARCELLA HAMBY,

        Petitioner,             No. CIV S-97-0164 LKK DAD P

    vs.

TINA FARMON,

        Respondent.

_____/

ROBERT M. FENENBOCK,

        Petitioner,             No. CIV S-97-1731 LKK DAD P

    vs.

DIRECTOR OF DEPARTMENT OF
CORRECTIONS, et al.,

        Respondents.

_____/

CHERRI LYNN FRAZIER,

        Petitioner,             No. CIV S-97-2196 LKK DAD P

    vs.

TINA FARMON,

        Respondent.

_____/

ROBERT LOREN BOND,

        Petitioner,            No. CIV S-99-2150 LKK DAD P

    vs.

RICHARD A. RIMMER, et al.,

        Respondents.

_____/

BERNARD LEROY MACCARLIE,

        Petitioner,            No. CIV S-00-1830 LKK DAD P

    vs.

GAIL LEWIS, et al.,

        Respondents.        <u>ORDER</u>

_____/

        Petitioners' August 11, 2005 joint motion for leave to conduct further discovery came before the court for hearing on September 9, 2005.  Janice L. Lagerlof  appeared for petitioner Hamby; Jolie Lipsig appeared for petitioner Fenenbock; Daniel J. Broderick appeared for petitioner Frazier; Lindsay Anne Weston appeared for petitioner Bond; and Margaret Littlefield appeared telephonically for petitioner MacCarlie.  Glenn R. Pruden appeared for all respondents.  For reasons stated on the record, petitioners withdrew their motion for leave to subpoena all filed maintained by Richard Bay regarding Randy Hogrefe, subject to the filing of a renewed or modified motion.  The motion was dropped from the calendar.

        Accordingly, IT IS HEREBY ORDERED that petitioners' August 11, 2005 motions for leave to conduct further discovery are denied without prejudice.

DATED: September 9, 2005.


_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
hamby5.Baydisc

2