IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LOREN BOND,

      Petitioner,                         No. CIV S-99-2150 LKK DAD P

     vs.

RICHARD A. RIMMER, et al.,

      Respondents.               ORDER

_____/

        Petitioner has requested the court accept the late filing of objections to the magistrate judge's September 11, 2006 findings and recommendations. Petitioner has also requested respondents be allowed until April 2, 2007 to file a reply. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's February 8, 2007 application for leave to late-file objections to findings and recommendations and related documents is granted;

        2. Petitioner's February 8, 2007 application to allow respondents until April 2, 2007, to file a reply is denied and addressed in a separate order, and

/////

/////

/////

1

3. Petitioner's December 13, 2006 application for an extension of time to December 18, 2006, to file objections to the magistrate judge's September 11, 2006 findings and recommendations is denied as moot.

DATED: February 13, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bond2150.36.obj