IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LOREN BOND,

     Petitioner,                  No. CIV S-99-2150 LKK CHS P

     vs.

RICHARD A. RIMMER, Warden,

     Respondent.               ORDER

_____/

     Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On July 10, 2009, respondent lodged several documents including volume twelve of the Clerk's Transcripts on Appeal. See Exhibit 12. That document indicates a page range of 3314 to 3712. The lodged copy however ends at page 3596.

     Therefore, IT IS ORDERED that Respondent lodge pages 3596 through 3712 of volume twelve of the Clerk's Transcripts within 21 days of the date of this order.

DATED: November 25, 2009

                                               /s/ Charlene H. Sorrentino
                                             CHARLENE H. SORRENTINO
                                             UNITED STATES MAGISTRATE JUDGE