IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LOREN BOND,

           Petitioner,                  No. CIV S-99-2150 LKK CHS P

    vs.

RICHARD A. RIMMER,

           Respondent.         ORDER

_____/

        Petitioner Robert Loren Bond is a state prisoner proceeding through counsel with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254.  On May 21, 2010, findings and recommendations were entered herein recommending that the petition be denied. Petitioner has requested a 14 day extension of time in which to file objections to the findings and recommendations.  Good cause appearing, petitioner's June 9, 2010 request is granted.

IT IS SO ORDERED.

DATED: June 10, 2010

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1